**United States Bankruptcy Court**
**Northern District of Illinois**

---

In re: Robert A Pearson, Sr., Case Number: 18-13478, TAB

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Undeliverable Address:

    Village of Stone Park
    1629 N Manheim Rd.
    Stone Park, IL 60165-1184

**THE UPDATED ADDRESS IS:**

    Village of Stone Park
    1825 N. 32nd Ave.
    Stone Park, IL 60160

_____    6/29/18
Signature of Debtor or Debtor's Attorney    Date