Fill in this information to identify your case:

Debtor 1: Robert A Pearson, Sr.

Debtor 2 (Spouse if, filing): _____

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 18-13478

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Robert A Pearson, Sr.
Signature of Debtor 1

Date 7/6/2018

X _____
Signature of Debtor 2

Date _____