IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Robert A Pearson, Sr. | ) | Case No.:   18-13478 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Timothy A. Barnes |
| Debtor(s) | ) | |

## NOTICE OF MOTION

TO:  Robert A Pearson, Sr., 1739 N 35th Ave. Stone Park, IL 60165 *via U.S. Mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

**See attached service list**

PLEASE TAKE NOTICE that on **August 29, 2019 at 10:00 a.m.**, I shall appear before the Honorable Timothy A. Barnes at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on August 8, 2019 before the hour of 8:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: Robert A Pearson, Sr. | ) | Case No.: 18-13478 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Timothy A. Barnes |
| Debtor(s) | ) | |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Robert A Pearson, Sr., (hereafter referred to as "the Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on May 8, 2018 and his Plan was confirmed on August 16, 2018.

3. The Debtor's confirmation order provides for a plan payment of $685 for 2 months then increased to $1,176 for 58 months for the remainder of the plan with unsecured creditors receiving at least 100% of their unsecured claims.

4. The Debtor has a current default as of the date of this motion of $5,383.

5. The Debtor has paid $11,275 to date into the Chapter 13 plan.

6. The Debtor fell behind on the trustee payments because he was ill and suffering from medical issues and incurred out of pocket expenses and medical bills.

7. The Debtor is able to make trustee payments going forward as his son is helping him by contributing to the household but the Debtor is unable to catch up on the full default amount.

8. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: August 8, 2019                                           Respectfully Submitted,

                                                                By:   /s/ David H. Cutler
                                                                      David H. Cutler, esq.,
                                                                      Counsel for Debtor(s):
                                                                      Cutler & Associates, Ltd.
                                                                      4131 Main St.
                                                                      Skokie, IL 60076
                                                                      Phone: (847) 673-8600