IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Robert A Pearson, Sr. | ) | Case No.:    18-13478 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Timothy A. Barnes |
| Debtor(s) | ) | |

### AFFIDAVIT IN SUPPORT OF MOTION TO MODIFY PLAN

I, Robert A Pearson, Sr., state that:

1) I have filed a Chapter 13 Bankruptcy on May 8, 2018 and my plan was confirmed on August 16, 2018.
2) The terms of my confirmed plan are that I pay $685 for 2 months and then the plan payment increased to $1,176 for 58 months for the remainder of my plan with my unsecured creditors receiving 100% of their unsecured claims.
3) I have fallen behind on my plan payments as I have been ill and have been suffering from medical issues and incurred out of pocket expenses and medical bills.
4) I have a current plan payment default of $5,383.
5) I am able to make the plan payments going forward as my son is helping by contributing to the household but I cannot catch up on the full default amount.
6) I am seeking to modify my plan to defer the current trustee default to the end of the plan.

_Robert A Pearson Sr. (signature)_
Robert A Pearson, Sr.

Subscribed and sworn to before me this 14TH day of August, 2019.

_Notary signature_
Notary Public

My commission expires OCTOBER 24, 2019.

JENNY AVITIA
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 26, 2019